UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 FEB -4 PM 1:13
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CASE NO. 06-51018
)
AHERN'S FLORISTS, INC. ) CHAPTER 7
)
Debtor (s) ) JUDGE MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #39 | Mike Ahern<br>3019 Overdale Dr.<br>Richfield, OH 44286 | $2,024.00 | $890.36 |
| #40 | Mary Ellen Ahern<br>3019 Overdale Dr.<br>Richfield, OH 44286 | $1,128.00 | $496.21 |

*[handwritten: 1,386.57 / ck # 116 / receipt # 81252]*

2. My Trustee's check for $1,386.57 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 3, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy